UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                         )
MAXINE BLOCKER-BURNETTE,                  )
                                         )
         Plaintiff,                       )
                                         )
    v.                                    )          Civil Action No. 09-1185 (PLF)
                                         )
THE DISTRICT OF COLUMBIA, *et al.*,       )
                                         )
         Defendants.                      )
_____)

ORDER

For the reasons stated in the Memorandum Opinion issued this same day, it is

hereby

ORDERED that defendants' motion to dismiss or, in the alternative, for summary

judgment [6], is GRANTED in part and DENIED in part. Plaintiff's claim for unliquidated

damages under the District of Columbia Human Rights Act will be dismissed and the

individually named defendants, Tori Fernandez-Whitney and Carolos Cano, will also be

dismissed. The rest of plaintiff's claims may proceed; it is

FURTHER ORDERED that plaintiff's motion to maintain her claim for age

discrimination [11] is DENIED as moot; and it is

FURTHER ORDERED that the parties shall meet and confer and file a joint

report with the Court regarding how they wish to proceed in this matter by September 13, 2010.


                                    /s/_____
                                    PAUL L. FRIEDMAN
                                    United States District Judge

DATE:  August 13, 2010